```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 21461
    JAVON MCDONALD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6606


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was not confirmed.

     The case was dismissed without confirmation 11/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------

AT & T BANKRUPCTY        UNSECURED      NOT FILED             .00           .00
CAPITAL ONE              UNSECURED         760.06             .00           .00
CITY OF CHICAGO DEPT OF  SPECIAL CLASS    2305.00             .00           .00
COOK COUNTY 1ST MUNICIPA UNSECURED      NOT FILED             .00           .00
MT SINAI HOSPITAL MEDICA UNSECURED      NOT FILED             .00           .00
CITY OF ROCKFORD PARKING SPECIAL CLASS  NOT FILED             .00           .00
SINAI MEDICAL GROUP      UNSECURED      NOT FILED             .00           .00
US DEPT OF EDUCATION     UNSECURED        2442.86             .00           .00
US DEPT OF EDUCATION     NOTICE ONLY    NOT FILED             .00           .00
US DEPT OF ED            NOTICE ONLY    NOT FILED             .00           .00
AMERICREDIT FINANCIAL SV SECURED         17000.00             .00           .00
AMERICREDIT FINANCIAL SV UNSECURED         366.11             .00           .00
IL STATE DISBURSEMENT UN DSO ARREARS    NOT FILED             .00           .00
JUANICE DEAN             NOTICE ONLY    NOT FILED             .00           .00
JUANICE DEAN             NOTICE ONLY    NOT FILED             .00           .00
FINGERHUT DIRECT MARKETI UNSECURED          332.65            .00           .00
LEGAL ASSISTANCE FOUNDAT DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                              --------------       --------------
TOTALS                                  .00                  .00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 21461 JAVON MCDONALD
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/25/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                              PAGE   2
        CASE NO. 08 B 21461 JAVON MCDONALD